UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Luciano Molina Rios,<br><br>              Petitioner,<br><br>    v.<br><br>Jeffrey A Uttecht,<br><br>              Respondent. | CASE NO. 3:19-cv-06112-RBL-DWC<br><br>ORDER DENYING MOTION TO AMEND CASE CAPTION |

Before the Court is Petitioner's Motion to Amend Case Caption ("Motion"). Dkt. 6. Petitioner Luciano Molina Rios, who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 3. In his Petition, Petitioner named Jeffrey Uttecht as Respondent. *See id.* Petitioner now moves for the Court to amend the case caption to the State of Washington as respondent. Dkt. 6.

The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his Petition,

Petitioner is currently confined at Coyote Ridge Corrections Center ("CRCC") in Connell, Washington. *See* Dkt. 3. The Superintendent of CRCC is Jeffrey A. Uttecht.

Accordingly, Jeffrey A. Uttecht is the proper respondent in this action. Petitioner's Motion (Dkt. 6) is denied.

Dated this 30th day of December, 2019.

David W. Christel
United States Magistrate Judge