UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCIANO MOLINA RIOS,

                Petitioner,

v.

JEFFREY A. UTTECHT,

                Respondent.

No. 3:19-CV-6112-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # ], recommending denial of Petitioner §2254 habeas petition, and dismissal without prejudice. Petitioner has not objected.

(1)     The Report and Recommendation is ADOPTED.

(2)     Petitioner's federal habeas Petition is DISMISSED without prejudice; all pending motions are DENIED AS MOOT.

(3)     For the reasons articulated in the R&R, the Court will not issue a certificate of appealability.

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 15th day of May, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1